**Order filed, October 7, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00477-CV**

_____

**ALBERT  AUSTIN, Appellant**

**V.**

**AMERICAN MATAR INTERNATIONAL INC., D/B/A STATEWIDE COMMERCIAL INSURANCE BROKER, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-19212**

---

**ORDER**

The reporter's record in this case was due September 17, 2021.  *See* Tex. R. App. P. 35.1.   The court sent past due notice for the reporter's record on September 21, 2021. No response was received, and the record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Amanda Lynn King, the court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.